

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00039-CR

---

**CHARLES CLINTON AARS, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 22nd District Court
Comal County, Texas
Trial Court No. CR2021-150, Honorable Bruce Boyer, Presiding

---

June 5, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Charles Clinton Aars, appeals his conviction by jury of the offense of aggravated assault with a deadly weapon[1] and sentence of two years of confinement.[2] Pending before this Court is appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by

---

[1] TEX. PENAL CODE ANN. § 22.02(a)(2).

[2] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

appellant and his attorney.  As no decision of the Court has been delivered, the motion is granted, and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.